UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  )   v. ) )   **JONATHAN HART,** ) **EDWARD WASHINGTON,** )      **Defendants.** ) | Crim. NO. 02-10301-NG |

GERTNER, D.J.:

**MEMORANDUM RE: JURY COMPOSITION**
November 14, 2005

The following is to be added to the findings of the Court with respect to jury selection in the Eastern District of Massachusetts:

**1.    November 14, 2005, Jury Composition**

2,013 jurors were summonsed for jury selection beginning November 14, 2005, in the Eastern District of Massachusetts.

Of that number, Exhibit A reflects the backgrounds of those jurors who returned questionnaires and who identified their race on the questionnaire.  Significantly, 2.04% of the jurors identified themselves as African American, 60.85% as White, 2.63% as Asian, and the remainder described themselves as multi-racial, or "other" or did not answer the question.[1]  Of that number 3.03% described themselves as Hispanic, 4.03% described themselves as non-Hispanic, and 55.94% described themselves as "unknown."

---

[1] We have no information as to the composition of the group that did not answer the "race" or "ethnicity" questions.  At the same time, there is no indication that members of any given group fail to answer those questions at a rate significantly higher than any other group.

**2.   September 19, 2005, Jury Composition**

2,014 jurors were summonsed for jury selection beginning September 19, 2005.  Of those, 2.38% identified themselves as African American, 69.81% as White, 2.78% as Asian, and the remainder multi-racial, or other, or did not answer the question. Of that number 2.28% described themselves as Hispanic, 31.28% as Non-Hispanic, and 66.43% as "unknown."

**3.   Results from the Supplemental Pool**

Had the Court's supplemental jury selection procedure been implemented, it would have increased the number of individuals who have identified themselves as African Americans and Hispanic as Exhibit B reflects.

**SO ORDERED.**

**Date:  November 14, 2005        /s/NANCY GERTNER, U.S.D.J.**