UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
                                    )
        v.                          )    Crim. NO. 02-10301-NG
                                    )
JONATHAN HART,                      )
EDWARD WASHINGTON,                  )
        Defendants.                 )

GERTNER, D.J.:

**AMENDED MEMORANDUM RE: JURY COMPOSITION**
November 15, 2005

After receiving additional information yesterday from prospective jurors, the Race/Gender Report was updated. This Amended Memorandum replaces the Memorandum issued yesterday as it reflects the new information, and corrects one incorrect number.

The following is to be added to the findings of the Court with respect to jury selection in the Eastern District of Massachusetts:

1.  **November 14, 2005, Jury Composition**

2,013 jurors were summonsed for jury selection beginning November 14, 2005, in the Eastern District of Massachusetts.

Of that number, Exhibit A reflects the backgrounds of those jurors who returned questionnaires and who identified their race on the questionnaire. Significantly, 2.19% of the jurors identified themselves as African American, 63.14% as White, 2.73% as Asian, and the remainder described themselves as multi-racial,

or "other" or did not answer the question.[1]  Of that number 3.13%
described themselves as Hispanic, 43.52% described themselves as
Non-Hispanic, and 53.25% described themselves as "unknown."

**2.   September 19, 2005, Jury Composition**

2,014 jurors were summonsed for jury selection beginning
September 19, 2005.  Of those, 2.38% identified themselves as
African American, 69.81% as White, 2.78% as Asian, and the
remainder multi-racial, or other, or did not answer the question.
Of that number 2.28% described themselves as Hispanic, 31.28% as
Non-Hispanic, and 66.43% as "unknown."

**3.   Results from the Supplemental Pool**

Had the Court's supplemental jury selection procedure been
implemented, it would have increased the number of individuals
who have identified themselves as African Americans and Hispanic
as Exhibit B reflects.

**SO ORDERED.**

**Date:  November 15, 2005          /s/NANCY GERTNER, U.S.D.J.**

---

[1] We have no information as to the composition of the group that did not
answer the "race" or "ethnicity" questions.  At the same time, there is no
indication that members of any given group fail to answer those questions at a
rate significantly higher than any other group.